UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

O'QUINN, WESLEY
O'QUINN, HEATHER

Case No. 04-30747-DOT

Chapter 7

Debtor(s)

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| FRED'BURG CREDIT BUREAU, INC.<br>ATTN:  COLLECTIONS DEPT.<br>12000 KENNEDY LANE, SUITE 112<br>FREDERICKSBURG, VA 22407-0101 | 1.28 |
| College Foundation, Inc.<br>ATTN: Bankruptcy Dept<br>2100 Yonkers Road<br>Raleigh, NC 27604-0000 | 333.44 |
| DILLARDS NATIONAL BANK<br>PO BOX 52051<br>PHOENIX, AZ 85072-2051 | 14.21 |
| INTERNAL REVENUE SERVICE<br>PO Box 21125<br>PHILADELPHIA, PA 19114-0325 | 22.31 |
| Fred'burg Credit Bureau, Inc.<br>ATTN: Collections Dept<br>12000 Kennedy Lane, Suite 102<br>Fredericksburg, VA 22407-0101 | 2.34 |

Dated: August 31, 2011         /s/ Sherman B. Lubman
                               SHERMAN B. LUBMAN, Trustee
                               P. O. BOX 5757
                               GLEN ALLEN, VA  23058-5757

                               (804) 290-4490

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to the Office of the U.S. Trustee, at 701 East Broad St., Room 4304, Richmond, VA 23219 on August 31, 2011.

                                               /s/ Sherman B. Lubman
                                               SHERMAN B. LUBMAN